Order entered February 9, 2023
KDG
 [pic]

 In The
 Court of Appeals
 Fifth District of Texas at Dallas

 No. 05-22-00555-CR

 Wesley Gerard Jones, Appellant

 V.

 The State of Texas, Appellee

 On Appeal from the Criminal District Court No. 7
 Dallas County, Texas
 Trial Court Cause No. F19-42507-Y

 ORDER

 Before the Court is appellant’s Motion to Unseal Records, filed
February 6, 2023. The Court ORDERS the State of Texas to file a response
to the motion. The response shall indicate whether the State agrees to the
unsealing of volume 2 of the clerk’s record or whether the appeal should be
abated for the trial court to determine which documents, if any, should be
subject to a sealing order. The response shall be filed on or before
FEBRUARY 21, 2023.

 /s/ DENNISE GARCIA
 JUSTICE